UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.                                      Criminal No. 10-341 (ESH)

TYRONDA FERRELL

Defendant.

## ORDER

In a hearing before Magistrate Judge Robinson on January 19, 2011, defendant Tyronda Ferrell entered a plea of guilty. On that date, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. See Local Crim. R. 59.2(b) ("Any party may file for consideration by the district judge written objections to the magistrate judge's proposed findings and recommendations . . . within fourteen (14) days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

**SO ORDERED.**

ELLEN SEGAL HUVELLE
United States District Judge

Date:  February 3, 2011